IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CONTRACTORS BONDING AND INSURANCE CO.**<br><br>     **Plaintiff,**<br><br>  v.<br><br>**J&A CONSTRUCTION SERVICES CORP.**, *et al.*<br><br>     **Defendants.** | CIVIL ACTION NO. 23-382 |

## ORDER

  **AND NOW,** this 26th day of August 2024, upon consideration of Plaintiff's Motion for Entry of Default Judgment [Doc. No. 30], to which no opposition has been filed, it is hereby **ORDERED** that the Motion is **GRANTED** and Judgment is **ENTERED** that Contractors Bonding and Insurance Company has no duty to defend or indemnify defendant J&A Construction Services Corp. in the litigation styled as *Benaiad v. 2835 Poplar LLC, J&A Construction Services, et al*, Court of Common Pleas of Philadelphia County, August Term 2022, No. 2738 and *Devlin v. 2835 Poplar LLC, J&P General Construction, Inc.*, Court of Common Pleas of Philadelphia County, August Term 2022, No. 432.

  It is further **ORDERED** that Contractors Bonding and Insurance Company, RDM Construction, LLC, and 2835 Poplar LLC shall submit a joint status report to the Court by **September 6, 2024**.

  It is so **ORDERED.**

                     BY THE COURT:

                     /s/ Cynthia M. Rufe
                     _____
                     **CYNTHIA M. RUFE, J.**